ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**

JAN 1 2 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| BENITA DELGADO | Case No. 09-59016 ASW |
| CRESENCIO DELGADO | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2482180 for an unclaimed dividend in the amount of $740.61. The name and address of the claimant entitled to the unclaimed dividend is as follows;

BENITA DELGADO
CRESENCIO DELGADO
2042 FLINTWICK CT
SAN JOSE, CA 95148

Dated: January 06, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE